UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE: JUUL LABS, INC. ANTITRUST LITIGATION.

---

DEVIN BLACK; et al.,

Plaintiffs - Respondents,

v.

ALTRIA GROUP, INC.; et al.,

Defendants - Petitioners.

No. 26-1519

D.C. No.
3:20-cv-02345-WHO
Northern District of California,
San Francisco

ORDER

Before: BENNETT and SANCHEZ, Circuit Judges.

The petition for permission to appeal is granted. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952, 959-60 (9th Cir. 2005) (describing factors this court considers in analyzing a Rule 23(f) petition). Within 14 days, petitioners must comply with Federal Rule of Appellate Procedure 5(d)(1).

The motion (Docket Entry No. 28) to sever consolidation is denied.

The motion (Docket Entry No. 25) for leave to file a reply in support of the petition for permission to appeal is granted.

The motions (Docket Entry Nos. 11, 13, 14) for leave to file amicus briefs are granted.

The motions (Docket Entry Nos. 3, 22) to file under seal certain exhibits to the petition for permission to appeal and the answer are granted. The clerk will file publicly the motions to seal (Docket Entries Nos. 3.1, 22.1). The clerk will maintain under seal Exhibits 4-18 to the petition for permission to appeal at Docket Entry No. 4 and Exhibits 10-13 to the answer at Docket Entry No. 20.2.