# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form14instructions.pdf*

**9th Cir. Case Number(s)** 26-2626

**Case Name** IN RE JUUL LABS, INC. ANTITRUST LITIGATION

Requesting Party Name(s) Indirect Purchaser Plaintiffs

I am: ○ The party requesting the extension.
◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other *(you **must** describe the document)*

The requested new due date is: September 21, 2026

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

When Direct Purchaser Plaintiffs filed their first streamlined request on August 4, 2026, it was denied as unnecessary because an associate amongst counsel for one defendant had recently moved to withdraw, which stayed the case under Circuit Rule 27-11. This is otherwise the first request filed by any Plaintiff group.

Plaintiffs now file this motion out of an abundance of caution in hopes of ensuring that the new briefing schedule issued will accommodate these requests.

**Signature** s/ Betsy C. Manifold **Date** Aug 13, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
*Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

- (●) I have **NOT** filed a previous request to extend time to file the document.
- ( ) I have previously requested an extension of time to file the document.

This motion is my [ ] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

- ( ) The defendant is incarcerated. The projected release date is: [ ].
- ( ) The petitioner is detained.
- ( ) The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** s/ Betsy C. Manifold **Date** Aug 13, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the answering brief.
*(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: Matter currently stayed per Circuit Rule 27-11.

3. The brief's first due date was: Aug 20, 2026

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

See attachment

5. The position of the other party/parties regarding this request is:

☒ Unopposed.

☐ Opposed by *(name of party/parties opposing this motion):*

☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ Betsy C. Manifold **Date** Aug 13, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**ATTACHMENT IN SUPPORT OF FORM 14. MOTION FOR EXTENSION OF TIME**

1. On August 4, 2026, the Court denied a Steamlined Request for Extension of Time to File Brief (DE 19) as "unnecessary" because [t]he briefing schedule is stayed." *See* 9th Circuit Rule 27-11. As a result, there is no current due date for the Plaintiffs' Answering Brief. Before the stay, Plaintiffs' Answering Brief(s) were due on August 20, 2026. *See* April 28, 2026 Civil Appeal Docketing and Briefing Schedule Notice.

2. The Motion to Withdraw as Counsel, filed by Andrew Skaras on August 3, 2026, on behalf of Appellant Nicholas J. Pritzker and Riaz Valani triggered the stay until its resolution by the Court. Upon resolution of the Motion to Withdraw as Counsel, Plaintiffs are concerned that the Court may reinstate the former due date of August 20 without sufficient time to consider the Plaintiffs' request for an extension of time to file their Answering Brief(s).

3. Because the streamlined request for an extension of time was denied as unnecessary, to allow Plaintiffs certainty on how this matter will proceed given the potential looming original Answering Brief deadline of August 20, 2026, Plaintiffs now file this Motion for an Extension Time. Other than the Streamlined Request, which was only denied due to the stay, Plaintiffs have requested no other extension of time. Plaintiffs have proceeded diligently but require an extension

because of the complexity of the issues presented, multiple amicus briefs filed and in order to otherwise ensure that the brief will be filed within the time requested.

*s/ Betsy C. Manifold*
Betsy C. Manifold