UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEVIN BLACK; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ALTRIA GROUP, INC.; et al.,<br><br>Defendants - Appellants. | No. 26-2626<br><br>D.C. No.<br>3:20-cv-02345-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 11) to file under seal Volumes 3 through 8 of the excerpts of record is granted. The clerk will file publicly the motion to seal (Docket Entry No. 11.1), the opening brief (Docket Entry No. 9), and Volumes 1 through 2 of the excerpts of record (Docket Entry No. 10). The clerk will maintain Volumes 3 through 8 of the excerpts of record under seal at Docket Entry No. 21.

The motion (Docket Entry No. 18) by Andrew Skaras to withdraw as counsel is granted.

The motion (Docket Entry No. 22) for an extension of time to file the answering brief is also granted. The answering brief is due September 21, 2026. The optional reply brief is due 21 days after the answering brief is served.